UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-245-1F(1)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JULIO ARREOLA | ) | |

This matter comes before the Court by unopposed motion of the United States, seeking an order to unseal search warrants and the applications and affidavits for the search warrants in the following matters: **No. 4:09-MJ-1109** (In Re: Search Warrant Issued for: Information Associated with Julio Arreola that is Stored at Premises Controlled by Microsoft Online Services); **No. 7:09-M-1120** (In Re: Search Warrant Issued for: Information Associated with M**** O***** that is Stored at Premises Controlled by Microsoft Online Services); **No. 7:09-M-1121** (In Re: Search Warrant Issued for: Information Associated with M**** O*******, L**** O****, and C**** E****** that is Stored at Premises Controlled by Yahoo, Inc.); and **No. 7:09-M-1122** (In Re: Search Warrant Issued for: Information Associated with Julio Arreola, ********@aol.com, and Various Screen Names that is Stored At Premises Controlled by America Online, LLC). The United States seeks such relief for the sole purpose of providing unredacted copies of the documents to the Defendant.

The Court finds that the Defendant has a need for documents to prepare for trial and pre-trial motion practice. The Court further finds that the materials contain personal identifying information and expressly authorizes the disclosure in order to ensure that the Defendant is able

to meaningfully assess the materials in his preparation. Counsel for the defense is <u>not</u> authorized to make further disclosure of the affidavits without leave of the Court.

Accordingly, the United States Attorney's Office is authorized to provide counsel for the Defendant unredacted copies of the sealed search warrants and the applications and affidavits submitted in connection with the search warrants in Docket Nos. **4:09-MJ-1109; 7:09-M-1120; 7:09-M-1121; and 7:09-M-1122**, to be used for the purpose of pretrial motion practice, trial preparation, trial, and related-proceedings in the above-captioned matter.

SO ORDERED, this 28th day of September, 2012.

_James C. Fox_
HONORABLE JAMES C. FOX
Senior United States District Judge