# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Julio Arreola  Docket No. 5:12-CR-245-1F

### Petition for Action on Probation

COMES NOW Matti Liebler, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Julio Arreola, who, upon an earlier plea of guilty to Demanding and Seeking a Bribe, in violation of 18 U.S.C § 201(b)(2)(A) and (B) and 18 U.S.C. § 3238, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on July 16, 2013, to 5 years of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 60 consecutive months. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

3. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

4. The defendant shall pay a $100 special assessment and $31,470.81 in restitution.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since being placed on probation, the defendant assumed the role of a care giver. As such, the defendant cares for his three children while his wife is at work due to the high cost of child care. The defendant is currently in compliance with his conditions of probation, and makes best efforts to comply with required monthly restitution payments. In consideration of the above, the probation officer respectfully recommends that the defendant be allowed to terminate from the home detention program, as the intended purpose has been accomplished. This modification will allow the defendant to adequately provide for the needs of his children, such as school and sporting events, and furthermore, his financial resources can be applied toward the restitution owed in this case.

Julio Arreola
Docket No. 5:12-CR-245-1F
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant be allowed to terminate from the home detention program.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/ Matti Liebler<br>Matti Liebler<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-347-9038<br>Executed On: October 17, 2014 |

### ORDER OF COURT

Considered and ordered this 21 day of October, 2014, and ordered filed and made a part of the records in the above case.

James C. Fox
James C. Fox
Senior U.S. District Judge